# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Remarkable Healthcare of Carrollton, LP
4501 Plano Parkway
Carrollton , TX 75010
EIN: 46-2265960
Debtor

Case No. 23-42098 btr
Chapter: 11

### ORDER SETTING 1-DAY DISMISSAL DEADLINE FOR FILING REQUIRED MASTER MAILING LIST (MATRIX)

On **November 2, 2023** the above-referenced Debtor filed a voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code. However, the Debtor have failed, in violation of Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007(b)(1), to present to the Court at that time an alphabetized creditor list which includes the name and last known mailing address for every listed creditor. The Court is of the opinion that such an omission prevents creditors and parties in interest from receiving timely notice of this bankruptcy filing and precludes the prompt scheduling of the meeting of creditors required by 11 U.S.C. §341(a). Thus, the failure of the Debtor to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure prevents the prompt administration of this case and constitutes an unreasonable delay by the Debtor that is prejudicial to creditors. Thus, good cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that the above-referenced Debtor shall file the required Master Mailing List (matrix) within one (1) calendar day of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Debtor fails to file a Master Mailing List (matrix) within one (1) calendar day of the entry of this Order, absent a further order of the Court extending such deadline for cause shown, this case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and *with prejudice* to the rights of the Debtor to file a subsequent petition under any of the provisions of Title 11, United States Code, for a period of ninety (90) days from the entry of the order of dismissal.

Signed on 11/03/2023

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE