# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Remarkable Healthcare of Carrollton, LP
4501 Plano Parkway
Carrollton , TX 75010
EIN: 46-2265960
Debtor

Case No. 23-42098 btr
Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED
## IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by November 16, 2023.**

Schedules
**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B** - Schedule A/B: Property (non-individuals)
**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements
**B 207** - Statement of Your Financial Affairs (non-individuals)

Chapter 11
**B 204** - The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: November 3, 2023**

                                                  **JASON K. MCDONALD**
                                                  **CLERK OF THE COURT**