IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

REMARKABLE HEALTHCARE                              CASE NO. 23-42098 (btr)
OF CARROLLTON, LP
4501 Plano Parkway                                 Chapter 11
Carrollton, TX 75010
EIN:  46-2265960                                   (Sub V)

     DEBTOR

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C.,

P. O. Box 1269, Round Rock, Texas 78680-1269 will appear as counsel for **The County of**

**Denton, Texas** in the above-entitled case, and requests that service of notices and other documents

be made upon this attorney of record.


Dated:  November 3, 2023

 

                       Respectfully submitted,

                       MCCREARY, VESELKA, BRAGG &
                       ALLEN, P.C.
                       Attorneys for The County of Denton,
                       Texas

                       */s/ Julie Anne Parsons*
                       Julie Anne Parsons
                       State Bar Number 00790358
                       P.O. Box 1269
                       Round Rock, Texas 78680-1269
                       Telephone: (512) 323-3200
                       Fax: (512) 323-3205
                       Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to debtor's counsel Mark A. Castillo, Carrington Coleman Sloman & Blumenthal, LLP, 901 Main Street Ste 5500, Dallas, Texas 75202 and to US Trustee, 110 N. College Ave. Suite 300, Tyler, TX 75702 on November 3, 2023 through CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons