# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Remarkable Healthcare of Carrollton, LP
4501 Plano Parkway
Carrollton , TX 75010
EIN: 46-2265960
Debtor

Case No. 23-42098 btr
Chapter: 11

## ORDER SETTING 1-DAY DISMISSAL DEADLINE FOR FILING REQUIRED MASTER MAILING LIST (MATRIX)

On **November 2, 2023** the above-referenced Debtor filed a voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code. However, the Debtor have failed, in violation of Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007(b)(1), to present to the Court at that time an alphabetized creditor list which includes the name and last known mailing address for every listed creditor. The Court is of the opinion that such an omission prevents creditors and parties in interest from receiving timely notice of this bankruptcy filing and precludes the prompt scheduling of the meeting of creditors required by 11 U.S.C. §341(a). Thus, the failure of the Debtor to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure prevents the prompt administration of this case and constitutes an unreasonable delay by the Debtor that is prejudicial to creditors. Thus, good cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that the above-referenced Debtor shall file the required Master Mailing List (matrix) within one (1) calendar day of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Debtor fails to file a Master Mailing List (matrix) within one (1) calendar day of the entry of this Order, absent a further order of the Court extending such deadline for cause shown, this case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and *with prejudice* to the rights of the Debtor to file a subsequent petition under any of the provisions of Title 11, United States Code, for a period of ninety (90) days from the entry of the order of dismissal.

Signed on 11/03/2023

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 23-42098-btr

Remarkable Healthcare of Carrollton, LP
    Debtor

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf400 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Remarkable Healthcare of Carrollton, LP, 4501 Plano Parkway, Carrollton, TX 75010-4971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark A. Castillo | on behalf of Debtor Remarkable Healthcare of Carrollton LP markcastillo@ccsb.com, lsparks@ccsb.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2