# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:

Remarkable Healthcare of Carrollton, LP

4501 Plano Parkway

Carrollton , TX 75010

EIN: 46-2265960

Debtor

Case No. 23-42098 btr

Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court.  **Items listed below are due by November 16, 2023.**

Schedules

**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors

**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)

**B 206A/B** - Schedule A/B: Property (non-individuals)

**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)

**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)

**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)

**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements

**B 207** - Statement of Your Financial Affairs (non-individuals)

Chapter 11

**B 204** - The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: November 3, 2023**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                        Case No. 23-42098-btr

Remarkable Healthcare of Carrollton, LP                                       Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4                      User: admin                                Page 1 of 1

Date Rcvd: Nov 03, 2023                   Form ID: pdf400                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

**Recip ID           Recipient Name and Address**
db                    + Remarkable Healthcare of Carrollton, LP, 4501 Plano Parkway, Carrollton, TX 75010-4971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

**Name                   Email Address**

Mark A. Castillo
                         on behalf of Debtor Remarkable Healthcare of Carrollton  LP markcastillo@ccsb.com, lsparks@ccsb.com

US Trustee
                         USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 2