# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>Remarkable Healthcare of Carrollton, LP<br>4501 Plano Parkway<br>Carrollton, TX 75010<br><br>Debtor | Case No. 23-42098<br><br>Chapter 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Mark A. Weisbart
10501 N Central Expy, Suite 106
Dallas, Texas 75231
(972) 755-7103 Phone/Fax
MWeisbart@HaywardFirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   11/7/2023

Kevin Epstein, United States Trustee for Region 6
(Northern and Eastern Districts of Texas)

By: */s/ John Vardeman*
John Vardeman
Trial Attorney
TBN 20496260
United States Trustee
110 N College, Suite 300
Tyler, TX 75702
(903) 590-1450
(903) 590-1461 Fax