IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>REMARKABLE HEALTHCARE OF CARROLLTON, LP<br><br>Debtor | Case No. 23-42098<br>Chapter 11 |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two (2) years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to Court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $515.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: November 3, 2023

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE