**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **REMARKABLE HEALTHCARE OF CARROLLTON LP,** | **Case No.:   23-42098** |
| **REMARKABLE HEALTHCARE OF DALLAS, LP** | **Case No.:   23-42099** |
| **REMARKABLE HEALTHCARE OF FORT WORTH, LP** | **Case No.:   23-42100** |
| **REMARKABLE HEALTHCARE OF SEGUIN, LP** | **Case No.:   23-42101** |
| **REMARKABLE HEALTHCARE, LLC** | **Case No.:   23-42102** |
| **DEBTORS.** | **Joint Administration Requested Under Case 23-42098[1]** |

**NOTICE OF DESIGNATION AS COMPLEX**
**CHAPTER 11 BANKRUPTCY CASES**

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

The above-referenced bankruptcy case was filed on November 2, 2023.  The undersigned party-in-interest believes that these cases qualify as complex Chapter 11 cases because:

\_\_\_\_\_        The Debtors have total debt of more than $10 million.

---

[1] Debtors' addresses and last four digits of their federal tax identification number are as follows: Remarkable Healthcare of Carrollton, LP (5960), 4501 Plano Pkwy., Carrollton, TX 75010; Remarkable Healthcare of Dallas, LP (3418), 3350 Bonnie View Rd., Dallas, TX 75216; Remarkable Healthcare of Fort Worth, LP (1650), 6649 N. Riverside Dr., Fort Worth, TX 76137; Remarkable Healthcare of Seguin, LP (4566), 1339 Eastwood Dr., Seguin, TX 78155; and Remarkable Healthcare, LLC (5142), 904 Emerald Blvd., Southlake, TX 76092.

| | |
|---|---|
| _X_ | There are more than 50 parties in interest in these cases. |
| _____ | Claims against the Debtors are publicly traded. |
| _X_ | Other: The Debtors operate several skilled nursing facilities with hundreds of resident patients and employees, and their cases require various emergency hearings on critical issues, prepetition payroll, utilities, and cash collateral usage and would benefit by implementation of the Court's complex-case procedures, including additional emergency or expedited hearings (requested separately), a shortened service list, and interim compensation procedures due to the complexity of the cases. |

Dated:  November 8, 2023

Respectfully submitted,

*/s/Mark A. Castillo*
Mark A. Castillo
  Texas State Bar No. 24027795
Robert C. Rowe
  Texas State Bar No. 24086253
Carrington, Coleman, Sloman & Blumenthal L.L.P.
901 Main Street, Suite 5500
Dallas, TX  75202
Telephone: 214-855-3000
Facsimile:  214-580-2641
Email: markcastillo@ccsb.com
            rrowe@ccsb.com

***Proposed Counsel for Debtor
and Debtor-In-Possession***