IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | |
|---|---|
| **REMARKABLE HEALTHCARE OF CARROLLTON LP,** | Case No.:  23-42098 |
| **REMARKABLE HEALTHCARE OF DALLAS, LP,** | Case No.:  23-42099 |
| **REMARKABLE HEALTHCARE OF FORT WORTH, LP,** | Case No.:  23-42100 |
| **REMARKABLE HEALTHCARE OF SEGUIN, LP,** | Case No.:  23-42101 |
| **REMARKABLE HEALTHCARE, LLC,** | Case No.:  23-42102 |
| **DEBTORS.**[1] | **Joint Administration Requested Under Case 23-42098** |

**ORDER GRANTING DEBTORS' MOTION FOR ORDER
PURSUANT TO FED. R. BANKR. P. 9007 LIMITING NOTICE**

On this day came on for consideration the Debtors' Motion for Order Limiting Notice pursuant to Fed R. Bankr. P. 9007 (the "Motion"). After reviewing the Motion and the other pleadings and statements before the Court, and it appearing that due notice of the Motion has been provided as set forth in the Motion, and the statements of the Debtors at the hearing, and that no other or further notice need be provided; and it further appearing that the relief granted herein is

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

in the best interest of the Debtors and their estates and creditors and will aid in compliance with HIPAA rules and regulations; and upon all of the proceedings and statements of counsel had before the Court and the findings of fact and conclusions of law stated on the record at the hearing, which findings and conclusions are fully incorporated herein by this reference; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Debtors shall be required to send notices of all pleadings only to (a) the Debtors and their professionals; (b) the secured creditors; (c) the thirty (30) largest unsecured creditors between all Debtors; (d) the United States Trustee; (e) the Subchapter V Trustee appointed to this case; (f) all relevant governmental entities; (g) any official committees appointed by the U.S. Trustee and their professionals; and (h) those persons and/or entities who have formally appeared and requested service in this proceeding pursuant to Bankruptcy Rule 2002; and it is further

**ORDERED** that the Debtors shall otherwise ensure that notice of the following is given to all parties listed on the Debtors' matrixes: (a) The first meeting of creditors; (b) The deadline to file proofs of claim; (c) Any notice of any disclosure statement or plan of reorganization, and transmittal of ballots for accepting or rejecting such plan; and (d) The time fixed for filing objections and the hearing to consider approval of a disclosure statement or confirmation of a plan.

Order submitted by:

Mark A. Castillo
Robert C. Rowe
**CARRINGTON, COLEMAN, SLOMAN**
 **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
(214) 855-3000

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*