UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| Remarkable Healthcare of Carrollton, LP § | | Case No. 23-42098 |
| Remarkable Healthcare of Dallas, LP § | | Case No. 23-42099 |
| Remarkable Healthcare of Fort Worth, LP § | | Case No. 23-42100 |
| Remarkable Healthcare of Seguin, LP § | | Case No. 23-42101 |
| Remarkable Healthcare, LLC § | | Case No. 23-42102 |
| Debtor(s). § | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **KILGORE PROPERTY MANAGEMENT LLC** and each of the landlord entities referenced and described below hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

| Case No. | Tenant/Operator | Facility | Landlord |
|---|---|---|---|
| 23-42098 | Remarkable Healthcare of Carrollton, LP | Remarkable Healthcare of Prestonwood | KRS Carrollton, LLC |
| 23-42099 | Remarkable Healthcare of Dallas, LP | Remarkable Healthcare of Dallas | KRS Dallas, LLC |
| 23-42100 | Remarkable Healthcare of Fort Worth, LP | Remarkable Healthcare of Fort Worth | KRS Fort Worth, LLC |
| 23-42101 | Remarkable Healthcare of Seguin, LP | Remarkable Healthcare of Seguin | KRS Seguin, LLC |
| 23-42102 | Remarkable Healthcare, LLC | | |

**ADDRESS FOR NOTICE(S)**

Jeff Carruth

E-mail: jcarruth@wkpz.com

*{continued on following page}*

Dated: November 8, 2023         Respectfully submitted:

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**

By: */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN: 24001846)
 2608 Hibernia, Suite 105
 Dallas, Texas 75204-2514
 Telephone: (713) 341-1158
 Fax: (713) 961-5341
 E-mail: jcarruth@wkpz.com

**ATTORNEYS FOR:**

**KILGORE PROPERTY MANAGEMENT LLC**
**KRS CARROLLTON, LLC**
**KRS DALLAS, LLC**
**KRS FORT WORTH, LLC**
**KRS SEGUIN, LLC**

## CERTIFICATE OF SERVICE

On November 8, 2023, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

 */s/ Jeff Carruth*
 JEFF CARRUTH