# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| IN RE: | |
|---|---|
| **REMARKABLE HEALTHCARE OF CARROLLTON LP,** | Case No.:    23-42098 |
| **REMARKABLE HEALTHCARE OF DALLAS, LP,** | Case No.:    23-42099 |
| **REMARKABLE HEALTHCARE OF FORT WORTH, LP,** | Case No.:    23-42100 |
| **REMARKABLE HEALTHCARE OF SEGUIN, LP,** | Case No.:    23-42101 |
| **REMARKABLE HEALTHCARE, LLC,** | Case No.:    23-42102 |
| DEBTORS.[1] | **Joint Administration Requested Under Case No. 23-42098** |

## MOTION FOR EMERGENCY CONSIDERATION
## OF CERTAIN "FIRST DAY" MATTERS

TO THE HONORABLE BRENDA T. RHOADES
CHIEF UNITED STATES BANKRUPTCY JUDGE

On November 2, 2023, Remarkable Healthcare of Carrollton, LP and its affiliated debtors

and debtors-in-possession, Remarkable Healthcare of Dallas, LP, Remarkable Healthcare of Fort

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

Worth, LP, Remarkable Healthcare of Seguin, LP, and Remarkable Healthcare, LLC (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the Bankruptcy Code. Counsel for the Debtors believes that the case requires emergency consideration of the following initial case matters:

1. **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Dkt. No. 10]**

2. **Debtors' Emergency Motion for Order Limiting Notice [Dkt. No. 11]**

3. **Debtors' Emergency Motion Pursuant to 11 U.S.C. § 363 for Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection [Dkt. No. 13]**

4. **Debtors' Emergency Motion for Order Authorizing Debtors to Pay, and Requiring Debtors' Bank to Honor Prepetition Employee Payroll Checks, Wages, and Compensation Within the Cap of Sections 507(a)(4) and (5) [Dkt. No. 14]**

5. **Debtor's Emergency Motion for Interim and Final Orders Authorizing Maintenance of Existing Bank Account, and Continuance of Cash Management System [Dkt. No. 15]**

The Debtors and their counsel believe that an emergency hearing on the items above are necessary to avoid immediate and irreparable harm as contemplated by Fed. R. Bank. P. 6002, and further believe that the hearing will be generally short and should be heard on an expedited basis to avoid harm.

The Debtors aver urgency exists for the following reasons: (1) Joint Administration will save costs and prevent confusion from multiple early filings and orders that otherwise would be entered in each of the five Debtor cases; (2) notice should be limited as appropriate to save costs of the estates from inception of the cases and parties can later ask to be added; (3) the Debtors' businesses are effectively paralyzed until they can use cash collateral to pay employees; (4) the Debtors must maintain employee confidence by ensuring prompt payment of prepetition

compensation within the priority caps; and (5) the Debtors' continued operation of their Cash Management System is essential to operations.

Notice of the proposed emergency hearing will be provided to (a) the Subchapter V Trustee, (b) the U.S. Trustee, (c) secured parties that may assert an interest in cash collateral, (d) those persons who have formally appeared and requested notice in this case pursuant to Bankruptcy Rule 2002, and (e) the top 20 unsecured creditors of each Debtor. Debtors submit that no other or further notice need be provided.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully asks the Court to set the First Day Motions for hearing on or before November 13, 2023, and for all other relief to which the Debtors shows themselves justly entitled.

Dated: November 8, 2023

Respectfully submitted,

 */s/ Mark A. Castillo*
Mark A. Castillo
  Texas State Bar No. 24027795
Robert C. Rowe
  Texas State Bar No. 24086253
Carrington. Coleman, Sloman & Blumenthal L.L.P.
901 Main Street, Suite 5500
Dallas, TX  75202
Telephone: 214-855-3000
Facsimile:  214-580-2641
Email: markcastillo@ccsb.com
           rrowe@ccsb.com

***Proposed Counsel for Debtors and Debtors-In-Possession***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document was served on November 8, 2023 via ECF notice on all parties requesting such notice or via U.S. first class mail, postage prepaid, to all parties on the service list (*to be filed and attached in a concurrently filed Certificate of Mailing*), including the U.S. Trustee, Subchapter V Trustee, Debtors' secured creditors, all governmental units, and each of the Debtors' unsecured creditors.

                                        */s/     Mark A. Castillo*
                                          Mark A. Castillo