Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 23−42098
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Remarkable Healthcare of Carrollton, LP

**NOTICE OF COURT PROCEEDING**

A status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

***Tuesday, December 12, 2023***

at

***10:00 AM***

to consider and act upon document 1 − Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Remarkable Healthcare of Carrollton, LP, Chapter 11 Plan due by 01/31/2024.Document Due 11/9/2023. (Attachments: # 1 Corporate Authorization # 2 Consolidated Balance Sheet # 3 Consolidated Statement of Operations # 4 Consolidated Cash−flow Statement # 5 Tax Return)(Castillo, Mark) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, November 28, 2023
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, November 14, 2023

Jason K. McDonald
Clerk, U.S. Bankruptcy Court