IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | Jointly Administered Under Case: |
| § | | |
| **REMARKABLE HEALTHCARE OF** § | | |
| **CARROLLTON LP,** § | | Case No. 23-42098 |
| EIN: 5960 § | | |
| § | | |
| § | | **Chapter 11** |
| § | | |
| **REMARKABLE HEALTHCARE OF** § | | |
| **DALLAS, LP,** § | | |
| EIN : 3418 § | | |
| § | | |
| § | | |
| **REMARKABLE HEALTHCARE OF FORT** § | | |
| **WORTH, LP** § | | |
| EIN: 1692 § | | |
| § | | |
| § | | |
| **REMARKABLE HEALTHCARE OF** § | | |
| **SEGUIN, LP** § | | |
| EIN: 4566 § | | |
| § | | |
| § | | |
| **REMARKABLE HEALTHCARE, LLC,** § | | |
| EIN: 5142 § | | |
| § | | |
| § | | |
| **Debtors.** § | | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America hereby designates the following Assistant United States Attorney as counsel for the United States Department of Health and Human Services ("HHS"), a creditor who intends to file a proof of claim in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

WHITNEY THARPE, Texas Bar #24064914  
Assistant United States Attorney  
110 N. College Street; Suite 700  
Tyler, Texas 75702  
Whitney.Tharpe@usdoj.gov  
Telephone: (903) 590-1400  
Facsimile: (903) 590-1436  

                Respectfully submitted,

                DAMIEN M. DIGGS  
                UNITED STATES ATTORNEY

                /s/ *Whitney Tharpe*  
                WHITNEY THARPE, Texas Bar #24064914  
                Assistant United States Attorney  
                110 N. College Street; Suite 700  
                Tyler, Texas 75702  
                Whitney.Tharpe@usdoj.gov  
                Telephone: (903) 590-1400  
                Facsimile: (903) 590-1436

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel has been electronically served on all counsel of record on December 11, 2023, by way of the Court's CM/ECF system.

                /s/ *Whitney Tharpe*  
                Whitney Tharpe