IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| REMARKABLE HEALTHCARE OF CARROLLTON, LP, | § § § | CASE NO. 23-42098 |
| | § | |
| REMARKABLE HEALTHCARE OF DALLAS, LP, | § § § | CASE NO. 23-42099 |
| | § | |
| REMARKABLE HEALTHCARE OF FORT WORTH, LP, | § § § | CASE NO. 23-42100 |
| | § | |
| REMARKABLE HEALTHCARE OF SEGUIN, LP, | § § § | CASE NO. 23-42101 |
| | § | |
| REMARKABLE HEALTHCARE, LLC, | § § | CASE NO. 23-420402 |
| DEBTORS. | § § § | JOINT ADMINISTRATION REQUESTED UNDER CASE NO. 23-42098 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the Texas Health and Human Services Commission, by and through the Office of the Attorney General of Texas, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Christopher S. Murphy
Layla D. Milligan
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Phone: 512/463-2173
Fax: 512/936-1409

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Document Page 3 of 4

Dated: March 26, 2024.	Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**
Texas State Bar No. 24079031
**LAYLA D. MILLIGAN**
Texas State Bar No. 24026015
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov
layla.milligan@oag.texas.gov

ATTORNEYS FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on March 26, 2024.

                                        */s/ Christopher S. Murphy*
                                        **CHRISTOPHER S. MURPHY**
                                        Assistant Attorney General